IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHARLES TAYLOR,<br><br>           Plaintiff,<br><br>vs.<br><br>ALEJANDRO MAYORKAS, Secretary, United States Department of Homeland Security, and U.S. Customs and Border Protection,<br><br>           Defendants. | CV 20–39–M–DLC<br><br><br>ORDER |

    Before the Court is the Parties' Stipulation For Dismissal. (Doc. 28.) The parties have stipulated to dismiss the above-captioned matter with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and fees. (*Id.* at 1.)

    Accordingly, IT IS ORDERED that the above-captioned case is DISMISSED WITH PREJUDICE.

    DATED this 1st day of February, 2022.

Dana L. Christensen, District Judge
United States District Court

1